The Housing Authority of Williamson County, Plaintiff-Appellee, *v.* Mary Collier *et al.*, Defendants-Appellants.

(No. 71-309; )

Fifth District—October 2, 1973.

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Lou Ann Dorothy, of Mt. Vernon, for appellants.

James B. Bleyer, of Marion, for appellee.